UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*,<br><br>　　Petitioners,<br><br>　　v.<br><br>CHAD WOLF, *et al.*,<br><br>　　Respondents. | Civil Action No. 20-786 (JEB) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Respondents' [71] Motion to Dismiss Petitioners Who Have Been Released from the FRCs is DENIED AS MOOT;

2. Petitioners' [88] Motion to Add Petitioners is GRANTED;

3. Petitioners' [78] Motion for a Preliminary Injunction is DENIED; and

4. The Parties shall appear for a telephonic hearing on July 29, 2020, at 10:30 AM, to discuss next steps in the litigation.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: July 22, 2020